UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CIVIL NO. 01-807 (DSD/JMM)

Petitioner,

v. ORDER

TIMOTHY ECKERSON,

Respondent.

The above matter came on before the undersigned upon Respondent's Motion for Continuance of Hearing [Docket No. 5].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Respondent's Motion for Continuance of Hearing [Docket No. 5] is denied.

Dated: June 20, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

By Order dated May 21, 2001, the Court set a hearing pursuant to the provisions of 18 U.S.C. § 4245. On June 14, 2001, Respondent filed a Motion for a Continuance, for the purpose of obtaining the evaluation of an outside medical opinion. As a courtesy to counsel for Respondent, the chambers of this Court called counsel to call

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

to her attention the provisions of the May 21 Order which stated that "This Court will not order a further psychiatric or psychological examination of Respondent pursuant to 18 U.S.C. § 4245(b) unless either party, by written Motion, substantiates the need for such an examination." By letter dated June 19, 2001, counsel for Respondent advised the Court that Respondent did not desire that such an appointment be made. The letter further advised the Court that Respondent was prepared to proceed on June 26, and that a continuance would not be necessary.

J.M.M.