UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-807(DSD)

United States of America,

Plaintiff,

v. **ORDER**

Timothy Eckerson,

Defendant.

This matter is before the court upon the motion of the United States of America for an order dismissing this petition, discharging Timothy Eckerson from psychiatric hospitalization and granting the government permission to transfer Timothy Eckerson from the Federal Medical Center at Rochester, Minnesota, pursuant to 18 U.S.C. § 4245(e). Based upon a review of the file, record and proceedings herein, and for the reasons stated, **IT IS HEREBY ORDERED** that:

1. The motion of the United States of America for an order dismissing this petition is granted;

2. Timothy Eckerson is discharged from psychiatric hospitalization; and

FILED 5-7-03
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

3. The government has permission to transfer Timothy Eckerson from the Federal Medical Center at Rochester, Minnesota.

Dated: May 7, 2003

David S. Doty, Judge
United States District Court